BEFORE THE SECOND DIVISION, OCTOBER 26, 1964

No. 68848.—Amity Fabrics, Inc. v. United States, protests 64/297, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the items in question, except the merchandise listed on invoice No. 1 in entry 757944 of protest 64/4032(B), consist of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.